**Fill in this information to identify the case:**

Debtor name  Windhaven Select, LLC

United States Bankruptcy Court for the: _____  District of Delaware
(State)

Case number (If known):  20-10527  _____

○ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ○ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ○ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

Atayala Special Opportunities Fund VII LP

Creditor's mailing address

780 Third Avenue, 27th Floor

New York, NY 10017

Creditor's email address, if known

samobai@atyalacap.com

Date debt was incurred    3/04/19

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
○ No
X Yes. Specify each creditor, including this creditor, and its relative priority.

Atayala Special Opportunities Fund VII LP
Senior Greenlight Reinsurance  LTD Subordinated

Describe debtor's property that is subject to a lien

Guarantor in Guarantee and Collateral Agreement    $ 32,960,123.00    $0.00

Describe the lien
Credit Agreement

Is the creditor an insider or related party?
X No
○ Yes

Is anyone else liable on this claim?
○ No
X Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

**2.2** Creditor's name

Greenlight Reinsurance, Ltd.

Creditor's mailing address

65 Market St, Jasmine Court Camana Bay

P.O. Box 31110 KYi-1205 Grand Cayman, Cayman Islands

Creditor's email address, if known

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
○ No
X Yes. Have you already specified the relative priority?
   ○ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   X Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

Guarantor in Guarantee and Collateral Agreement    $6,930,000.00    $0.00

Describe the lien
Secured Convertible Promissary Note

Is the creditor an insider or related party?
X No
○ Yes

Is anyone else liable on this claim?
○ No
X Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $48,885,503.00

| Debtor | Windhaven Select, LLC | | Case number (if known) 20-10527 |
|--------|----------------------|--|-------------------------------|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

Greenlight Reinsurance, Ltd.

**Creditor's mailing address**

65 Market St, Jasmine Court Camana Bay

Grand Cayman  Suite 1207

**Creditor's email address, if known**

Date debt was incurred    3/4/19
**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

◻ No

X Yes. Have you already specified the relative priority?

   ◻ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ◻ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Guarantor in Guarantee and Collateral Agreement    $8,995,380.00    $0.00

_____

**Describe the lien**

Second Lien Credit Agreement

**Is the creditor an insider or related party?**

X No
◻ Yes

**Is anyone else liable on this claim?**

◻ No
X Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

◻ Contingent
◻ Unliquidated
◻ Disputed

---

**2.4** **Creditor's name**

Nissan

**Creditor's mailing address**

Nissan Motor Acceptance Corp
P.O. Box 742658 Cincinnati, OH 45274-2658

**Creditor's email address, if known**

Date debt was incurred    _____
**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

X No

◻ Yes. Have you already specified the relative priority?

   ◻ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ◻ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2-2018 Nissan Versa    $ 16,397.52    $ 16,397.52

_____

**Describe the lien**

Auto Loan

**Is the creditor an insider or related party?**

X No
◻ Yes

**Is anyone else liable on this claim?**

X No
◻ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

◻ Contingent
◻ Unliquidated
◻ Disputed

---

| Debtor | Windhaven Select, LLC | Case number (if known) 20-10527 |
|---|---|---|
| | Name | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Midtown Madison Management LLC<br>780 Third Avenue, 27th Floor<br>New York, NY 10017 | Line 2. 1 | ___ ___ ___ ___ |
| DLA Piper LLP (US)<br>1251Avenue of Americas,<br>New York, NY 10020 | Line 2. 1 | ___ ___ ___ ___ |
| Greenlight Reinsurance, Ltd.<br>P.O. Box 31110 KYi-1205<br>Grand Cayman, Cayman Island | Line 2. 2 and Line 2.3 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |